AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court

## Western District of Texas

JUAN A. GARCIA ZUAZUA,
Plaintiff,

v.

C.R. ENGLAND, INC. AND JEAN
HILAIRE NGUETCHUESSI,
Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   DR-21-CV-044-AM/CW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That the motion is GRANTED. Accordingly, all claims against the Defendants are DISMISSED WITH PREJUDICE, with the parties to bear their own costs.

10/20/2022
Date



Philip J. Devlin
Clerk

*L. Sanchez*

(By) Deputy Clerk